UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. MJ08-318 |
| v. ) | |
| ) | |
| SHANE DANIELSON, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count 1:    Money Laundering, in violation of 18 U.S.C. § 1956(h).

    Counts 2:    Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846.

Date of Detention Hearing: July 14, 2008.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is a Canadian citizen.

    (2)    Defendant is a risk of flight.

    (3)    Defendant has no ties to this jurisdiction.

    (4)    Defendant has no ties to South Carolina.

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

(5) Defendant has questionable employment.

(6) The Court currently lacks information on some of the factors to be considered such as strength of the evidence, therefore Defendant is detained without prejudice to renew application for bond upon his initial appearance in the U.S. District Court, District of South Carolina.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the U.S. District Court, District of South Carolina and shall be committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of July, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge